Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| | ) Chapter 13 |
| | ) |
| MARTIN AURELIO LANDA | ) Case No.: 8:09-bk-20664-ES |
| | ) |
| ERNESTINA ZAMORA | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) **(Bankruptcy Rule 3011)** |
| | ) |
| | ) |
| | ) |
| | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301068** in the sum of **$129.19**

representing an unclaimed dividend in the above-entitled Debtor's estate.

Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

address of the party entitled to said unclaimed dividend is as follows:

    BAC HOME LOANS SERVICING, L.P.
    PO BOX 10219
    VAN NUYS, CA 92708

Date: September 10, 2011            /S/
                                    Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0920664 | MARTIN AURELIO LANDA & ERNESTINA ZAMORA<br>ACCT: 5189 | Claim: 00005 | XXX-XX-3128<br>XXX-XX-6882 | 129.19 | 0.00 | 129.19 |
| | | **TOTALS** | | **129.19** | **0.00** | **129.19** |

MARTIN AURELIO LANDA
ERNESTINA ZAMORA
BALANCE:      24,861.04   [0.00  23/00005]
SSN: XXX-XX-3128   SSN: XXX-XX-6882
ACCT: 5189                 CASE: 0920664
PRINCIPAL:       129.19   INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

**0301068**

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$129.19

PAY    One Hundred Twenty Nine And 19 / 100 Dollars

TO THE
ORDER OF    *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0301068⑆ ⑆061100790⑆ 000000575186 2⑆