Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| MARTIN AURELIO LANDA | ) Chapter 13 |
|  | ) Case No.: 8:09-bk-20664-ES |
| ERNESTINA ZAMORA | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301174** in the sum of **$ 123.55** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

    BAC HOME LOANS SERVICING, L.P.
    PO BOX 10219
    VAN NUYS, CA 92702

Date: September 10, 2011        __/S/_____
                                Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0920664 | MARTIN AURELIO LANDA & ERNESTINA ZAMORA ACCT: 5189 | Claim: 00005 | XXX-XX-3128 XXX-XX-6882 | 123.55 | 0.00 | 123.55 |
| | | TOTALS | | 123.55 | 0.00 | 123.55 |

MARTIN AURELIO LANDA
ERNESTINA ZAMORA
BALANCE:      24,990.23     [0.00 23/00005]
SSN: XXX-XX-3128    SSN: XXX-XX-6882
ACCT: 5189                       CASE: 0920664
PRINCIPAL:      123.55    INTEREST:           0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79 / 611

0301174

Sep 09, 2011

VOID 90 DAYS FROM DATE

*******$123.55

**PAY**  One Hundred Twenty Three And 55 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301174⑈ ⑆061100790⑆ 000000575186 2⑈